IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA**                                                          **PLAINTIFF**

   v.                      Criminal No. 08-50019

**JUANA ISABEL SORIA**                                                               **DEFENDANT**

**O R D E R**

Now on this 24th day of March 2008, the Motion for Release on Conditions (Doc. 8), filed jointly by Plaintiff and Defendant, is hereby referred to United States Magistrate Judge James R. Marschewski.

**IT IS SO ORDERED.**

                                                      **/S/JIMM LARRY HENDREN**
                                                      **JIMM LARRY HENDREN**
                                                      **UNITED STATES DISTRICT JUDGE**